IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RICKY BROWN
ADC# 551211                                                                                    PLAINTIFF

v.                          Case No. 4:11-cv-291-DPM-JTR

BLACKSTOCK, JOHN DOE, JOHN
RANDAL, BOBBY BROWN, KARL
BYRD, GIVENS, and TROY PORTER                                           DEFENDANTS

ORDER

The Court has considered Magistrate Judge J. Thomas Ray's Proposed Findings and Recommended Partial Disposition, *Document No. 5*, and Ricky Brown's objections, *Document No. 8*. Having conducted a *de novo* review of the record, the Court adopts Magistrate Ray's proposal as its own. FED. R. CIV. P. 72(b).

Brown may proceed with his excessive-force claims against Blackstock, Givens, and Doe in their individual capacities. All other claims and defendants are dismissed without prejudice for failure to state a claim. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Brown's motion for service, *Document No. 9*, is granted. In it, he identifies John Doe as Ira Furlow, a Corporal at the Faulkner County Detention Center. The Court directs the Clerk to issue the summons and directs the United States Marshal to serve the summons and complaint on Defendants Blackstock, Givens, and Furlow at 801 Locust Street, Conway, Arkansas, 72034, without prepayment of fees, costs, or security.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

9 May 2011