# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

RICKY BROWN
ADC #551211                                                                                      PLAINTIFF

V.                                    4:11CV00291 DPM/JTR

BLACKSTOCK, Officer,
Faulkner County Detention Center, et al.                                     DEFENDANTS

## ORDER

The dispositive motion deadline in this § 1983 action expired on January 4, 2012. *See* docket entry #36. On the same day, Defendants filed a Motion explaining that they have reached an oral settlement. *See* docket entry #38. Accordingly, they ask that the dispositive motion deadline be "stayed" until they execute settlement documents and file a Joint Motion to Dismiss. *Id.*

Rather than staying the case, which presents internal administrative difficulties, the Court will give the parties thirty days to execute their settlement papers and file a Joint Motion to Dismiss. If they are unsuccessful in doing so, Defendants should file a Motion for an Extension of Time to either finalize their settlement papers or file dispositive motions.

IT IS THEREFORE ORDERED THAT:

1. Defendants' Motion to Stay (docket entry #38) is DENIED.

2. **Within thirty days of the entry of this Order,** Defendants must file either a Joint Motion to Dismiss or a Motion for an Extension of Time.

Dated this <u>6th</u> day of January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE