
# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RICKY BROWN**
**ADC# 551211**                                                                                   **PLAINTIFF**

v.                                  No. 4:11-cv-291-DPM

**BLACKSTOCK; IRA FURLOW; JOHN**
**RANDAL; BOBBY BROWN; KARL**
**BYRD; GIVENS; and TROY PORTER**                                   **DEFENDANTS**

## JUDGMENT

Brown's complaint is dismissed with prejudice pursuant to the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

3 July 2012